UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

WILLIAM LEE

    Plaintiff,

vs.                                CASE NO: 06-3321

SITE MANAGEMENT, INC.

    Defendant.


## JOINT STIPULATION OF DISMISSAL
## (WITH PREJUDICE)
## PURSUANT TO FED. R. CIV. P. 41(a)(1)(ii)

The parties, by and through their respective undersigned counsel, hereby file this Joint Stipulation of Dismissal, signed by all parties who have appeared in the action, dismissing the **case with prejudice** pursuant to the settlement reached between the parties.

Dated: October 4, 2007

| WILLIAM LEE | SITE MANAGEMENT, INC. |
| PLAINTIFF | DEFENDANT |

| MAXWELL & BARKE LLC. | TYDINGS & ROSENBERG, LLP |
| 51 Monroe Pl., Suite 806 | 100 East Pratt St., 26th Floor |
| Rockville, Maryland 20850 | Baltimore, Maryland 21202 |
| (301)309-8300 | (410)752-9742 |

By: _____/s/_____      By: _____/s/_____
     Joel R. Zuckerman, Esquire         Lawrence J. Quinn, Esquire (by
     Federal Bar No.: 12730              Joel R.  Zuckerman with permission
                                                   of Lawrence J. Quinn, Esq.)
                                                   Federal Bar No. 07545

Approved, this _____ day of _____, 2007.

_____
Judge, United States District Court
For the District of Maryland